■ B. F. & W. REALTY Co. et al., Appellants, v HENRY MOSKOWITZ et al., Respondents.

No opinion. Concur—Milonas, J. P., Asch, Smith and Rubin, JJ.

■ In the Matter of TRICHAM HOUSING ASSOCIATION, Appellant, v GUS BEVONA, as President of Local 32B-32J, Service Employees International Union, Respondent.

No opinion. Concur—Carro, J. P., Rosenberger, Ellerin, Kupferman and Ross, JJ.